UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 04-rj-00018-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD W. YURUCKSO,

        Defendant,

and

T-FAB TOO, DBA RUTH'S CHRIS STEAKHOUSE,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, T-FAB TOO, DBA RUTH'S CHRIS STEAKHOUSE, shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

DATED at Denver, Colorado, this 12th day of September, 2008.

                                                  BY THE COURT:

                                                  *s/Craig B. Shaffer*
                                                  Craig B. Shaffer
                                                  United States Magistrate Judge