IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-rj-00018-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD W. YURUCKSO,

    Defendant,

    and

T-FAB TOO, DBA RUTH'S CHRIS STEAKHOUSE,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

**ORDERS** that the Motion to Dismiss Writ of Garnishment (*doc. # 11*) directed to T-FAB TOO, DBA RUTH'S CHRIS STEAKHOUSE is GRANTED.

DATED at Denver, Colorado, this 15th day of February, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge